## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Rewel F. Viera-Martinez, employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), United States Department of Justice, having been duly sworn, do hereby depose and state as follows:

## AGENT BACKGROUND

1. I have been employed as a Special Agent of the Bureau of ATF with the United States Department of Justice since September 2023. I am a graduate of the Federal Law Enforcement Training Center's criminal investigator training program as well as the ATF National Academy, where I received more than 1080 hours of training, including but not limited to firearms ID and handling, executing warrants, defensive tactics, interview techniques, surveillance techniques, undercover operations, investigation techniques, and others.

2. Prior to my employment with ATF, I was a U.S. Border Patrol Agent under the United States Customs and Border Protection for two (2) years in Eagle Pass, Texas. My duties included enforcing immigration law by patrolling between ports of entry, conducting immigration inspections, responding to sensor activations, interdicting narcotics and human trafficking, and processing non-citizens, among other things. I also received medical training and was a certified EMT for the U.S. Border Patrol.

3. Through training, investigations, and experience, I have taken part in cases relating to the trafficking of firearms, the illegal possession of firearms, and the use of firearms in violent crimes by individuals and Drug Trafficking Organizations.

4. The information set forth herein is based on my personal knowledge, information obtained through interviews, the information provided to me by other law enforcement officers, and

1

through other various forms of information.  This affidavit is offered for the limited purpose of establishing probable cause that **Armando HERNANDEZ-RODRIGUEZ** ("HERNANDEZ-RODRIGUEZ") violated  18 U.S.C. §§ 922(g)(1) (Felon in Possession of a Firearm and Ammunition).  Therefore, I have not recited every fact known to me as a result of this investigation.

5. I am familiar with the information contained in this Affidavit, either through personal investigation or through discussions with other law enforcement officers who obtained information through investigation and surveillance, which they, in turn, reported to me. This includes summaries of interviews conducted with local and federal law enforcement and the suspect(s).

### FACTS THAT ESTABLISH PROBABLE CAUSE

6. On April 1, 2026, at approximately 5:45 pm, Agents from the Puerto Rico Police Department (PRPD) assigned to the Aibonito Preventive Unit observed a vehicle parked on the road next to the grounds of the PRPD Barranquitas station in Puerto Rico. The PRPD Agents identified the front passenger inside the vehicle as an individual known to have an outstanding state warrant for his arrest.

7. PRPD Agents proceeded to approach the vehicle but the driver  fled the scene, striking a civilian vehicle and a marked police unit that was in front of the fleeing vehicle.

8. PRPD Agents immediately initiated a pursuit. At one point during the pursuit, the PRPD Agents observed the vehicle lined up on the side of the road but the vehicle drove off again and the chase ensued. Upon noticing pursuing officers heading towards him, the driver attempted to execute a U-turn maneuver, during which the vehicle collided head-on with another marked police unit.

9. Following the collision, agents were able to safely detain the driver of the vehicle (later identified as Armando HERNANDEZ-RODRIGUEZ). A rear passenger was also located inside the vehicle and detained without incident. The previously identified front passenger (wanted individual) was no longer present inside the vehicle at the time of the stop.

10. Upon removing the driver from the vehicle and placing him under arrest, agents heard a distinct sound consistent with a heavy object striking the interior driver's side floor area of the vehicle. Agents conducted a check of the immediate area within the driver's reach and observed a firearm on the floorboard near the driver's feet. The firearm was recovered and secured as evidence.

11. Agents arrested HERNANDEZ-RODRIGUEZ, and Miranda warnings were read to him upon his arrest. Agents seized, among other things, the following items from the vehicle:

- One (1) Glock pistol, model 19, 9mm caliber pistol, bearing SN: BLAB-596 with a machine gun conversion device, one round in the chamber, and an attached high capacity magazine loaded with 31 rounds of ammunition;
- two (2) additional 9mm pistol magazines;
- approximately seventy-eight (78) rounds of 9mm caliber ammunition;
- two (2) small clear plastic bags containing a white powdery substance that tested positive for cocaine;

- two (2) small clear plastic bags containing a pink powdery substance;
- four (4) plastic cylindrical tubes containing pharmaceutical pills;
- two (2) plastic cylindrical tubes containing a green leafy substance that field tested positive for marijuana and;
- four (4) smartphones.

12. Pictures of the items seized are as follows:



13. PRPD Agents requested assistance from the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) for possible federal prosecution.

14. ATF Personnel read HERNANDEZ-RODRIGUEZ his Miranda rights, which he understood, waived, and proceeded to talk to the agents.

15. HERNANDEZ-RODRIGUEZ stated in summary and not verbatim that the firearm is his and that he bought it in the street for approximately one thousand five hundred dollars ($1,500).

16. HERNANDEZ-RODRIGUEZ also stated the narcotics were his property too.

17. An examination of the Glock 19 firearm bearing SN: BLAB-596 and preliminary field test without ammunition indicated that the firearm is likely able to fire more than a single round

4

of ammunition per single function of the trigger, which would meet the legal definition of a machine gun. The firearm had a black backing plate, which allows the firearm to fire more than a single round of ammunition per single function of the trigger. This is not the standard backing plate for the Glock 19 9mm-caliber pistol.

18. A query on law enforcement databases revealed that HERNANDEZ-RODRIGUEZ had been previously convicted for a crime punishable by imprisonment for a term exceeding one year. Furthermore, the investigation revealed that HERNANDEZ-RODRIGUEZ was sentenced to, and actually served, more than one year in prison. HERNANDEZ-RODRIGUEZ has two prior federal criminal convictions in criminal cases 18-762(SCC) and 21-389(SCC).

19. The investigation revealed that no firearms or ammunition, including Glock pistols of the type described above, are manufactured in Puerto Rico. Therefore, the investigation concluded that the aforementioned firearm and ammunition had been shipped or transported in interstate or foreign commerce.

[SPACE INTENTIONALLY LEFT BLANK]

## CONCLUSION

20. Based on the above facts, the undersigned affiant submits s there is probable cause to charge **Armando    HERNANDEZ-RODRIGUEZ**    ("HERNANDEZ-RODRIGUEZ") with violating of 18 U.S.C. § 922(g)(1) (Felon in Possesson of a Fireram and Ammunition).

_____
Rewel F. Viera Martinez
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn by telephone pursuant to the requirements of Fed. R. Crim. P. 4.1 by at __5:27____ p.m. on April __2__, 2026.

_____
Hon. Mariana Bauzá Almonte
United States Magistrate Judge
District Of Puerto Rico

6